```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 03642
    ERIKA E WALTERS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7738


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 02/18/2008 and was confirmed 05/05/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   27.00%.

       The case was dismissed after confirmation 09/15/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
    INTERNAL REVENUE SERVICE PRIORITY               .00            .00           .00
    INTERNAL REVENUE SERVICE UNSECURED              .00            .00           .00
    AMERICREDIT FINANCE      NOTICE ONLY     NOT FILED            .00           .00
    JEFFERSON CAPITAL SYSTEM UNSECURED           789.58            .00           .00
    COMMONWEALTH EDISON      UNSECURED           319.86            .00           .00
    AMERICAS FINANCIAL CHOIC UNSECURED        NOT FILED            .00           .00
    CAPITAL ONE BANK         UNSECURED        NOT FILED            .00           .00
    CASH NET500.COM          UNSECURED        NOT FILED            .00           .00
    CITY OF CHICAGO PARKING  UNSECURED          3877.05            .00           .00
    CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00           .00
    COMMONWEALTH EDISON      UNSECURED        NOT FILED            .00           .00
    COV/NAC                  UNSECURED        NOT FILED            .00           .00
    EVERGREEN EMERGENCY SERV UNSECURED           216.00            .00           .00
    EVERGREEN EMERGENCY SERV UNSECURED        NOT FILED            .00           .00
    JEFFERSON CAPITAL SYSTEM UNSECURED           464.60            .00           .00
    ILLINOIS LENDING GROUP   UNSECURED           784.44            .00           .00
    KING SIZE DIRECT         UNSECURED        NOT FILED            .00           .00
    WFNNB BRYLANE HOME       UNSECURED        NOT FILED            .00           .00
    LANE BRYANT WFNND        UNSECURED        NOT FILED            .00           .00
    LITTLE COMPANY OF MARY H UNSECURED        NOT FILED            .00           .00
    LITTLE COMPANY OF MARY H UNSECURED        NOT FILED            .00           .00
    PAYDAY LOAN              UNSECURED        NOT FILED            .00           .00
    PRESIDIO/CM              UNSECURED        NOT FILED            .00           .00
    PROVIDIAN                UNSECURED        NOT FILED            .00           .00
    SAGE MEDICAL GROUP       UNSECURED        NOT FILED            .00           .00
    ISAC                     UNSECURED         14541.04            .00           .00
    AVENUE                   UNSECURED        NOT FILED            .00           .00
    TRIAD FINANCIAL CORP     FILED LATE         6614.56            .00           .00
    TRIAD FINANCIAL          UNSECURED        NOT FILED            .00           .00
    US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED            .00           .00
    WOMAN WITHIN             UNSECURED           876.59            .00           .00
    RENT A CENTER            NOTICE ONLY     NOT FILED            .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 03642 ERIKA E WALTERS
```

```
AMERICREDIT FINANCIAL SV  SECURED NOT I         .00                .00               .00
RENT A CENTER             SECURED               .00                .00               .00
ILLINOIS LENDING GROUP    UNSECURED         2540.43                .00               .00
WOMAN WITHIN              UNSECURED       NOT FILED                .00               .00
AMERICREDIT FINANCIAL SV  UNSECURED        10744.74                .00               .00
A ALL FINANCIAL SERVICES  FILED LATE        2386.50                .00               .00
ILLINOIS DEPT OF REVENUE  PRIORITY            46.00                .00               .00
STUART B HANDELMAN        DEBTOR ATTY      2,900.00                               883.20
TOM VAUGHN                TRUSTEE                                                   76.80
DEBTOR REFUND             REFUND                                                      .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    960.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      883.20
TRUSTEE COMPENSATION                                 76.80
DEBTOR REFUND                                          .00
                        ---------------     ---------------
TOTALS                     960.00                   960.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                          PAGE   2
          CASE NO. 08 B 03642 ERIKA E WALTERS